UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-372-MOC
(3:11-CR-286-MOC)

| | |
|---|---|
| SHAWN T. KIRKPATRICK, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court upon Petitioner Shawn T. Kirkpatrick's Motion to hold this action in abeyance. (Doc. No. 7.) Counsel for the Government does not oppose the Motion. (Doc. No. 7 at 2.) Having considered the Motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion To Place Case In Abeyance (Doc. No. 7) is **GRANTED**, and this matter is **HELD** in abeyance pending issuance of a decision by the Fourth Circuit Court of Appeals in <u>United States v. Thompson</u>, No. 15-4685. After issuance of the mandate in <u>Thompson</u>, Petitioner shall have 14 days to respond to the Government's Motion to Dismiss.

Signed: May 18, 2017



Max O. Cogburn Jr.
United States District Judge

1