# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-00372-MOC
# (3:11-cr-00286-MOC-1)

| | |
|---|---|
| SHAWN T. KIRKPATRICK, | ) |
| Petitioner, | ) |
| vs. | ) |
| | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on its own motion on review of the file in this matter.

On June 16, 2016, Petitioner filed a Section 2255 Motion to Vacate Sentence. [Doc. 1]. On Petitioner's motion, the Court placed this matter in abeyance pending the decision of the Fourth Circuit Court of Appeals in United States v. Thompson, No. 15-4685. [Docs. 7, 8]. The Court ordered that Petitioner had fourteen (14) days from the date of issuance of the mandate in Thompson within which to respond to the Government's motion to dismiss. [Doc. 8]. Petitioner is now years past his deadline to respond to the Government's motion to dismiss.

**IT IS, THEREFORE, ORDERED** that the stay is this matter is hereby **LIFTED** and Petitioner has twenty-one (21) days from this Order to respond to the Government's motion to dismiss.

Signed: April 2, 2020



Max O. Cogburn Jr.
United States District Judge